**Terry Alan MCCLURE, Plaintiff—Appellant,**

v.

**Pam CALDWELL, Prison House Services; AL Cannon, Sheriff; Charleston County Detention Center; Prison House Services, Defendants—Appellees.**

No. 05–6829.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 27, 2005.

Terry Alan McClure, Appellant Pro Se. Robert Holmes Hood, Robert Holmes Hood, Jr., Roy Pearce Maybank, Hood Law Firm, Charleston, South Carolina; Stephanie Pendarvis McDonald, Charleston, South Carolina, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Alan McClure appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McClure v. Caldwell*, No. CA–04–21813 (D.S.C. May 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*